# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Haissam Nashar,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10CV92
3:06CR84

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2010 Order.

Signed: March 12, 2010

Frank G. Johns, Clerk
United States District Court